**Order filed April 23, 2021**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-21-00046-CR, 11-21-00047-CR, 11-21-00048-CR, & 11-21-00049-CR

_____

## TOMMY DOYLE CHAMBLISS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 32nd District Court**
**Nolan County, Texas**
**Trial Court Cause Nos. 13039, 13354, 13355, & 13356**

## O R D E R

Appellant, Tommy Doyle Chambliss, has filed a motion to consolidate his appeals in this court. Appellant indicates in his motion that all four of his appeals stem from a single trial. He also indicates that the State does not oppose the motion.

We grant Appellant's motion to consolidate his appeals. Accordingly, we consolidate our Cause Nos. 11-21-00047-CR, 11-21-00048-CR, and 11-21-00049-CR into our Cause No. 11-21-00046-CR for all purposes. All future correspondence and filings related to the appeals from trial court cause nos. 13039, 13354, 13355, and 13356 should bear our docket number 11-21-00046-CR.

PER CURIAM

April 23, 2021

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.